UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

| | |
|---|---|
| IN RE:<br><br>ZIMMER M/L TAPER HIP PROSTHESIS OR M/L TAPER HIP PROSTHESIS WITH KINECTIV TECHNOLOGY AND VERSYSFEMORAL HEAD PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to All Actions*<br><br>*Marjorie A. Gajeski & Peter T. Gajeski v. Zimmer, Inc., Zimmer US, Inc., Zimmer Biomet Holdings, Inc. f/k/a Zimmer Holdings, Inc.* | MDL No. 2859<br><br>18-MD-2859 (PAC)<br>18-MC-2859 (PAC)<br><br>**SHORT FORM COMPLAINT**<br><br>**Individual Case No. 1:19-cv-06258** |

------------------------------------------------------------------------------x

1.  Plaintiff(s), <u>Marjorie A. Gajeski and Peter T. Gajeski</u>, state(s) and bring(s) this civil action in MDL No. 2859, entitled *In Re: Zimmer M/L Taper Hip Prosthesis or M/L Taper Hip Prosthesis with Kinectiv Technology and Versys Femoral Head Products Liability Litigation*, against Defendants Zimmer, Inc., Zimmer US, Inc., and Zimmer Biomet Holdings, Inc.

2.  Plaintiff(s) is filing this Short Form Complaint as permitted by this Court's Case Management Order 9, dated February 7, 2019, and hereby incorporates the Master Long Form Complaint filed in MDL No. 2859 by reference.

**PARTIES, JURISDICTION AND VENUE**

3.  Plaintiff, <u>Marjorie A. Gajeski</u>, is a resident and citizen of the State of <u>Massachusetts</u> and claims damages as set forth below.

4.  Plaintiff's Spouse, <u>Peter T. Gajeski</u>, is a resident and citizen of the State of <u>Massachusetts</u>, and claims damages as set forth below. *[Cross out Spousal Claim if not applicable.]*

5.     Venue of this case is appropriate in the United States District Court, District of <u>Massachusetts</u>. Plaintiff states that but for the Order permitting directly filing into the Southern District of New York pursuant to Case Management Order 9, Plaintiff would have filed in the United States District Court, District of <u>Massachusetts</u>. Therefore, Plaintiff respectfully requests that at the time of transfer of this action back to the trial court for further proceedings that this case be transferred to the above referenced District Court.

6.     Plaintiff brings this action *[check the applicable designation]*:

__X__     On behalf of himself/herself;

_____     ~~In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____Court of _____.  A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.~~   *[Cross out if not applicable.]*

**FACTUAL ALLEGATIONS**

<u>ALLEGATIONS AS TO **RIGHT-SIDE** IMPLANT/EXPLANT SURGERY(IES):</u> *[CROSS OUT IF NOT APPLICABLE]*

7.     Plaintiff was implanted with a Versys Femoral Head in his/her right hip on or about <u>November 4, 2015</u> (date), at the <u>Beverly Hospital, 85 Herrick Street</u> (medical center and address), in <u>Beverly, Massachusetts</u>, by Dr. <u>Hugh O'Flynn</u>.

8.     Plaintiff was implanted with the following femoral stem during the <u>November 4, 2015</u> (date) implantation surgery:

__X__          Zimmer M/L Taper

_____          Zimmer M/L Taper with Kinectiv Technology

9. Plaintiff had the following right hip components explanted on or about September 26, 2018 (date), at Beverly Hospital, 85 Herrick Street, Beverly, MA 01915 (medical center and address) by Dr. Hugh O'Flynn.:

   X    Versys femoral head

_____ Zimmer M/L Taper

_____ Zimmer M/L Taper with Kinectiv Technology

[*Cross out if not applicable.*]

10. ~~Plaintiff will have the right hip components at issue explanted on or about ~~_____~~, at ~~_____ ~~(medical center and address) by Dr.~~ _____.

[*Cross out if not applicable.*]

11. ~~Plaintiff has not yet scheduled a surgery for explantation of the right hip components at issue~~. [*Cross out if not applicable.*]

ALLEGATIONS AS TO **LEFT-SIDE** IMPLANT/EXPLANT SURGERY(IES): [*CROSS OUT IF NOT APPLICABLE*]

12. Plaintiff was implanted with a Versys Femoral Head in his/her left hip on or about February 4, 2015 (date), at the Beverly Hospital, 85 Herrick Street (medical center and address), in Beverly, Massachusetts, by Dr. Hugh O'Flynn.

13. Plaintiff was implanted with the following femoral stem during the February 4, 2015 (date) implantation surgery:

   X    Zimmer M/L Taper

_____ Zimmer M/L Taper with Kinectiv Technology

14. Plaintiff had the following left hip components explanted on or about April 10, 2018, at Beverly Hospital, 85 Herrick Street, Beverly, MA 01915 (medical center and address)

3

by Dr. <u>Hugh O'Flynn</u>.:

 __X__   Versys femoral head

 _____   Zimmer M/L Taper

 _____   Zimmer M/L Taper with Kinectiv Technology

15. ~~Plaintiff will have the left hip components at issue explanted on or about _____, at _____ (medical center and address) by Dr. _____.~~ *[Cross out if not applicable.]*

16. ~~Plaintiff has not yet scheduled a surgery for explantation of the left hip components at issue~~. *[Cross out if not applicable.]*

## **ALLEGATIONS AS TO INJURIES**

17. (a) Plaintiff claims damages as a result of (check all that are applicable):

 __X__    INJURY TO HERSELF/HIMSELF

 _____    INJURY TO THE PERSON REPRESENTED

 _____    WRONGFUL DEATH

 _____    SURVIVORSHIP ACTION

 __X__    ECONOMIC LOSS

(b) ~~Plaintiff's spouse claims damages as a result of (check all that are applicable)~~: *[Cross out if not applicable.]*

 __X__    LOSS OF SERVICES

 __X__    LOSS OF CONSORTIUM

18. Plaintiff has suffered injuries as a result of implantation of the Devices at issue manufactured by the Defendants as shall be fully set forth in Plaintiff's anticipated Amended Complaint if chosen for bellwether consideration, as well as in Plaintiff's Fact Sheet and other

responsive documents provided to the Defendant and are incorporated by reference herein.

19. Plaintiff has suffered injuries as a result of the explantation of the Devices at issue manufactured by the Defendants as shall be fully set forth in Plaintiff's anticipated Amended Complaint if chosen for bellwether consideration, as well as in Plaintiff's Fact Sheet and other responsive documents provided to the Defendant and are incorporated by reference herein. *[Cross out if not applicable.]*

20. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

21. Due to the nature of the defect, Plaintiff(s) could not have known that the injuries he/she suffered were as a result of a defect in the Devices at issue at the time they were implanted or for any period afterwards until the defect was actually discovered by Plaintiff(s).

### **CASE-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

22. The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference from the Master Long Form Complaint (check all that are applicable):

> __X__ COUNT I - NEGLIGENCE;
>
> __X__ COUNT II - NEGLIGENCE PER SE;
>
> __X__ COUNT III - STRICT PRODUCTS LIABILITY - DEFECTIVE DESIGN;
>
> __X__ COUNT IV - STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT;
>
> __X__ COUNT V - STRICT PRODUCTS LIABILITY- FAILURE TO WARN;
>
> __X__ COUNT VI - BREACH OF EXPRESS WARRANTY;
>
> __X__ COUNT VII- BREACH OF WARRANTY AS TO MERCHANTABILITY;

  __X__      COUNT VIII - BREACH OF IMPLIED WARRANTIES;

  __X__      COUNT IX - VIOLATION OF CONSUMER PROTECTION LAWS

  __X__      COUNT X –NEGLIGENT MISREPRESENTATION

  __X__      COUNT XI- FRAUDULENT CONCEALMENT

  __X__      COUNT XII - UNJUST ENRICHMENT

  __X__      COUNT XIII – LOSS OF CONSORTIUM

  _____      COUNT XIV – WRONGFUL DEATH

  _____      COUNT XV- SURVIVAL ACTION

In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law:

  __X__      PUNITIVES DAMAGES

  __X__      OTHER:    Mass. Gen. Laws Ann. Ch. 93A *et seq*.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1. For compensatory damages requested and according to proof;

2. For all applicable statutory damages of the state whose laws will govern this action;

3. For an award of attorneys' fees and costs;

4. For prejudgment interest and costs of suit;

6

5. Exemplary damages;

6. For restitution and disgorgement of profits; and,

7. For such other and further relief as this Court may deem just and proper.

## JURY DEMAND

Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

Respectfully submitted,
**WEITZ & LUXENBERG, P.C.**
*Counsel for Plaintiffs*

Date: July 5, 2019        By:    /s/ Ellen Relkin
Ellen Relkin
700 Broadway
New York, NY 10003
Phone: (212) 558-5500
Fax:    (212) 344-5461
Email: erelkin@weitzlux.com